IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JOHN CHRISTOPHER WILKERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 323-003 ) |
| RONALD SHEPARD; JERMAINE WHITE; VERONICA STEWART; DARRELL WOOTEN; TONJA KEITH; KAREN THOMAS; GARY FULLER; JACOB BEASLEY; and PREA AGENCY COORDINATOR, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

On March 17, 2023, the Court recommended Plaintiff's case be dismissed without prejudice because Plaintiff had neither fulfilled the requirements for proceeding *in forma pauperis*, nor paid the full filing fee for this case. (See doc. no. 8.) On March 20, 2023, the Clerk of Court docketed a notice of change of address in which Plaintiff states he was transferred from Telfair State Prison, where the Court's March 17th recommendation had been served, to Smith State Prison. (Doc. no. 10.) Accordingly, the Court **DIRECTS** the **CLERK** the re-serve the March 17th Report and Recommendation, as well as the accompanying Order, (doc. nos. 8, 9), on Plaintiff at his new address. The Court extends the deadline for objecting until April 7, 2023.

SO ORDERED this 20th day of March, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA