IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOHN CHRISTOPHER WILKERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-003 |
| | ) | |
| RONALD SHEPARD; JERMAINE WHITE; VERONICA STEWART; DARRELL WOOTEN; TONJA KEITH; KAREN THOMAS; GARY FULLER; JACOB BEASLEY; and PREA AGENCY COORDINATOR, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** the motion to amend, (doc. no. 25), as well as the motion for default judgment, (doc. no. 28), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 16th day of August, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE