IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JOHN CHRISTOPHER WILKERSON, | ) |
| Plaintiff- Appellant, | ) |
| v. | ) CASE NO.   3:23-cv-3 |
| | ) Appeal No. 23-12941-D |
| REGIONAL DIRECTOR, TELFAIR REGION, GA DEPT OF CORRECTION et al., | ) |
| Defendants - Appellees. | ) |

O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this 16th day of OCTOBER, 2023.

HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA